IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROCKIT ROOM, et al., <br><br> Defendants. / | No. C 09-0924 SI <br><br> **ORDER TO PROVIDE STATUS REPORT** |

On May 5, 2009, plaintiff sought and received permission to serve one of the defendants in this action 60 days after the normal schedule required by General Order 56. All defendants have now been served and the last answer was filed on June 29, 2009. It is not clear whether all of the other requirements of General Order 56 and the March 3, 2009 Scheduling Order in this case have been met by the parties since that time.

**Accordingly, the parties are ORDERED to file with the court, no later than December 15, 2009, a joint Status Report**, outlining the status of the action, including whether and when the various steps required by the rules have been completed.

**IT IS SO ORDERED.**

Dated: November 25, 2009

SUSAN ILLSTON
United States District Judge