```
THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
A PROFESSIONAL LAW CORPORATION
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs LES JANKEY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ROCKIT ROOM; MILLER-RAVETTI CO., a California general partnership; MVT ENTERTAINMENT, a California corporation; URBAN LIFE, INC., a California corporation,<br><br>　　　　Defendants. | CASE NO. CV-09-0924-SI<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

　　　　The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with
3  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.

7  Dated: March 11, 2010              THOMAS E. FRANKOVICH,
                                       *A PROFESSIONAL LAW CORPORATION*

10                                     By:_____/S/_____
                                              Thomas E. Frankovich
11                                     Attorney for LES JANKEY, and
                                       DISABILITY RIGHTS ENFORCEMENT,
12                                     EDUCATION SERVICES: HELPING YOU
                                       HELP OTHERS

17  Dated:March 17, 2010               NARDELL CHITSAZ & ALDEN LLP

19                                     By:_____/S/_____
                                              Houman Chitsaz
20                                     Attorneys for ROCKIT ROOM, MILLER
                                       RAVETTI CO. and URBAN LIFE INC.'S

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON  LES JANKEY  v. ROCKIT ROOM

Dated: March 11, 2010                    HUPPERT & HURABIELL


By:_____/S/_____
        John P. Hurabiell
    Attorneys for MVT ENTERTAINMENT INC.


**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.


Dated: _____, 2010

_____
Honorable Judge Susan Illston

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON  LES JANKEY  v. ROCKIT ROOM

-3-